UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON BROOKS,

    Plaintiff,                                  CASE NO. 6:11-CV-00199

v.

H&P CAPITAL, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHARON BROOKS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                              RESPECTFULLY SUBMITTED,

                                        By: /s/ James Pacitti_____
                                            James Pacitti (FBN: 119768)
                                            Krohn & Moss, Ltd
                                            10474 Santa Monica Blvd, Suite 401
                                            Los Angeles, CA 90025
                                            Phone: (323) 988-2400 x 230
                                            Fax: (866) 385-1408
                                            jpacitti@consumerlawcenter.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Dale E. Workman, Attorney for Defendant, by the Court's CM/ECF system.

    /s/ James Pacitti
James Pacitti
Attorney for Plaintiff